DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSE PULIDO-BAEZA,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1535

————————————————

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Jose Pulido-Baeza, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and BLACK and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.